(96 South. 941)

McELROY v. STATE. (6 Div. 212.) (Court of Appeals of Alabama. May 15, 1923.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge.

BRICKEN, P. J. Affirmed.

(95 South. 925)

McINNISH et al. v. STATE. (8 Div. 2.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge.

SAMFORD, J. Appeal dismissed.

(94 South. 925)

McKEE v. STATE. (5 Div. 414.) (Court of Appeals of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

(98 South. 924)

Pay MALLOY v. STATE. (5 Div. 454.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

FOSTER, J. Appeal dismissed.

(96 South. 942)

MANNING v. CITY OF BIRMINGHAM. (6 Div. 213.) (Court of Appeals of Alabama. May 15, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

SAMFORD, J. Affirmed.

(96 South. 942)

MANNING v. STATE. (7 Div. 890.) (Court of Appeals of Alabama. June 12, 1923.) Appeal from Circuit Court, Shelby County; W. L. Longshore, Judge.

SAMFORD, J. Appeal dismissed.

(94 South. 925)

MAPP v. STATE. (1 Div. 474.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

MERRITT, J. Appeal dismissed.

(99 South. 926)

Ira MARION v. STATE. (8 Div. 180.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Morgan County Court; W. T. Lowe, Judge.

BRICKEN, P. J. From a conviction, upon indictment, for unlawfully possessing prohibited liquor, defendant appeals. There is no bill of exceptions, the appeal being on the record proper. The record has been examined, and is free from error. Let the judgment appealed from stand affirmed. Affirmed.

(94 South. 926)

MARSHALL v. STATE. (6 Div. 53.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Dock Marshall was convicted of burglary, and he appeals. Affirmed.

MERRITT, J. This appellant was convicted in the Bessemer division of the circuit court of Jefferson county, Ala., for the offense of burglary, and was sentenced to an indeterminate term of imprisonment in the penitentiary for three years to three years and one month, and appeals. This appeal is upon the record proper, there being no bill of exceptions. An examination of the record discloses that the proceedings were regular in all respects. No error appearing, the judgment appealed from is affirmed. Affirmed.

(94 South. 926)

MARTIN v. STATE. (6 Div. 35.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

MERRITT, J. Appeal dismissed. See, also, 17 Ala. App. 310, 85 South. 42.

(96 South. 942)

MAULDIN v. STATE. (8 Div. 115.) (Court of Appeals of Alabama. June 5, 1923.) Appeal from Circuit Court, Colbert County; Chas. P. Almon, Judge.

FOSTER, J. Affirmed.

(99 South. 926)

B. L. MAXWELL v. W. R. CHAMBERS et al. (6 Div. 355.) (Court of Appeals of Alabama. April 8, 1924.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. J. S. McLendon, of Birmingham, for appellant. James G. Adams, Jr., of Birmingham, for appellees.

PER CURIAM. Reversed and remanded by agreement.

(98 South. 924)

I. H. MEACHEN et al. v. O. L. SMITH. (7 Div. 898.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Clay County; W. M. Lackey, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellee.

(95 South. 925)

MEWBURN v. STATE. (8 Div. 53.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Morgan County Court; W. T. Lowe, Judge.

SAMFORD, J. Affirmed.

(98 South. 924)

Josh MILLER v. STATE. (6 Div. 328.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BRICKEN, P. J. Affirmed.